No. 97–7365.  MONROE v. UNITED STATES; and
No. 97–7606.  DURAN v. UNITED STATES.  C. A. 10th Cir.
Certiorari denied.  Reported below: 127 F. 3d 911.

No. 97–7685.  BEELER v. CALDERON, WARDEN, ET AL.  C. A.
9th Cir.  Certiorari denied.

No. 97–7723.  VOGEL v. INDUSTRIAL COMMISSION OF ARIZONA
ET AL.  Ct. App. Ariz.  Certiorari denied.

No. 97–7725.  TUCKER v. NORTH CAROLINA.  Sup. Ct. N. C.
Certiorari denied.

No. 97–7728.  JARVI v. MCCARTHY ET AL.  Ct. App. Mich.
Certiorari denied.

No. 97–7729.  KREIGER v. VIRGINIA.  Sup. Ct. Va.  Certiorari
denied.

No. 97–7732.  JACKSON v. NEW YORK.  App. Div., Sup. Ct.
N. Y., 2d Jud. Dept.  Certiorari denied.

No. 97–7734.  SMOUSE v. LYTLE, WARDEN.  C. A. 10th Cir.
Certiorari denied.

No. 97–7742.  SULLIVAN v. LOUISIANA.  Ct. App. La., 4th Cir.
Certiorari denied.

No. 97–7743.  PAPESH v. AMERICAN NATIONAL CAN CO. ET AL.
C. A. 4th Cir.  Certiorari denied.

No. 97–7749.  HETTLER v. DODY.  Ct. App. Colo.  Certiorari
denied.

No. 97–7751.  GALLOWAY v. CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 97–7755.  HUGHES v. ABBOTT NORTHWESTERN HOSPITAL
SECURITY ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 97–7763.  KNIGHT v. YOUMANS.  C. A. 11th Cir.  Certiorari denied.

No. 97–7765.  BROWN v. ARTUZ, SUPERINTENDENT, GREEN
HAVEN CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari
denied.